# Third District Court of Appeal

## State of Florida

Opinion filed April 8, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0057
Lower Tribunal No. F16-25255
_____

**Darius T. Chaney,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141 (b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Darius T. Chaney, in proper person.

James Uthmeier, Attorney General, and Ivy R. Ginsberg, Senior Assistant Attorney General for appellee.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See George v. State, 213 So. 3d 966, 967 (Fla. 1st DCA 2015) ("Double jeopardy challenges to a defendant's convictions are not cognizable in a rule 3.800(a) motion."); Salazar v. State, 675 So. 2d 654, 654 (Fla. 3d DCA 1996) ("The double jeopardy argument Salazar advances in this case is a challenge to his convictions, not sentences, and thus is not cognizable under the rule regarding motions to correct illegal sentences.").